NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0496

Nicole Alex, Individually and o/b/o her minor son, Justin
Rowley

- - Versus - -

Joseph Halphen, P.A.

19th Judicial District Court
Case #: 633762
East Baton Rouge Parish

On Application for Rehearing filed on 01/13/2021 by Joseph Halphen, P.A.-C

Rehearing _Denied_

McClendon, J. Dissents and would grant the Rehearing.

_____
John Michael Guidry

_____
Page McClendon

_____
Walter I. Lanier, III

Date **MAR 2 2 2021**

_____
Rodd Naquin, Clerk